# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 18, 2008

Clifford W. Taylor,
Chief Justice

137036

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

SC: 137036
COA: 277650
Wayne CC: 06-013018-01

YASMEN JOBY TUCKER,
       Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the June 12, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 18, 2008

_____
Clerk